IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOE KEITH HANCOCK                                          PLAINTIFF

    V.                    Civil No. 09-6093

PRESTON GLENN, Sheriff
Pike County Jail                                           DEFENDANT

## O R D E R

On this 23rd day of March 2011, there comes on for consideration the report and recommendation filed in this case on February 18, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 16). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to keep the Court informed of his current address. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge